UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| OMAR RUEDA-DENVERS,<br><br>　　　　　Petitioner,<br>　v.<br><br>RENEE BAKER, *et al.*,<br><br>　　　　　Respondents. | Case No. 3:13-cv-00309-MMD-WGC<br><br>ORDER |

In connection with the Court's pending review of the merits of the habeas petition Petitioner Omar Rueda-Denvers filed, it is ordered that, within twenty-one days of entry of this order, the parties will manually file in the Reno Clerk's Office a joint exhibit. The joint exhibit must be identified in sequence as Exhibit No. 133 consisting of a copy of the surveillance video exhibit admitted as Exhibit No. 56 at Rueda-Denvers' trial, as reflected in ECF No. 19, at pages 4 and 117. Counsel will cooperate on the logistics of having the original exhibit copied onto a thereafter read-only digital video disc (DVD) and in assuring that the joint exhibit filed in the federal record is a faithful reproduction of the video exhibit admitted at trial.

It is further ordered that Counsel send a courtesy copy of an identical disc to the attention of the pro se staff attorneys in Las Vegas.

DATED THIS 14th day of November 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE