UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

OMAR RUEDA-DENVERS,

Petitioner,

v.

RENEE BAKER, *et al.*,

Respondents.

Case No. 3:13-cv-00309-MMD-WGC

ORDER

Following upon the Court's prior record supplement order, a notice of manual filing was made. However, the Clerk has made no additional notation reflecting that the actual manual exhibit in fact was received from counsel. That is the procedure that is followed by the Clerk when a manual exhibit in fact is received by the Clerk after the notice is filed. Nor does the Clerk appear to have the manual exhibit. (*See* ECF Nos. 47–49.) Moreover, the unofficial staff attorney courtesy copy was received but since has been damaged. Counsel therefore will need to take all steps necessary to manually file the original exhibit – in Reno – and to send another identical disc to the staff attorney in Las Vegas.

While counsel are going through the filing process again, counsel jointly should confirm that the video on the disc manually filed in the federal record has the same clarity as the state court video exhibit viewed by the jury at trial. Counsel should do so in particular regarding what can be seen during the approximately 2:38 through 2:39 a.m. timestamp interval when the Chevrolet Cobalt was parked beside the victim's vehicle.

///

It therefore is ordered that, within fourteen days of entry of this order, counsel will manually file the exhibit required by ECF No. 47 in the Reno Clerk's Office.

It further is ordered that counsel will send another identical disc to the staff attorneys in Las Vegas.

DATED THIS 7th day of December 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE