UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| OMAR RUEDA-DENVERS,<br><br>　　　　　　　　　Petitioner,<br><br>　v.<br><br>RENEE BAKER, *et al.*,<br><br>　　　　　　　　　Respondents. | Case No. 3:13-cv-00309-MMD-WGC<br><br>ORDER |

In this represented habeas matter under 28 U.S.C. § 2254, the Court finds, in accordance with the requirements of *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006), that a compelling need to protect against potential harmful use of information regarding the specific operation of the devices involved in this case outweighs the public interest in open access to court records. Information comparable to that sealed by this order perhaps may be available via other sources, with varying degrees of accessibility or trackability. Recent events suggest, however, that individuals who might seek to use such devices do not all necessarily know how to fabricate functioning devices. The Court does not find it prudent for such information to be readily available, with a concomitant potential risk to the public, via merely a review of the record in this case. *Cf. Kamakana*, 447 F.3d at 1184 (sealing of officers' home addresses was warranted because disclosure could expose the officers and their families to potential harm).

In this regard, the Court is exercising control over that which it has control. While the same information may be available via other sources, the Court is making the

information accessible in at least one less place. The Court of course defers to other courts as to any action that they find appropriate regarding access to their records. The Court takes this action regarding the federal record herein based upon the perspective provided by events in the years since the Luxor bombing case was tried in the state court. Unfortunately, recent events counsel in favor of increased caution regarding the accessibility of descriptions of bombmaking methods and materials.

It is therefore ordered that the Clerk of Court file under seal and/or seal: (a) the appendix submitted by the Court to the Clerk for docketing with the final order on the merits; and (b) Exhibits 84, 85, 91, and 132 (ECF Nos. 20, 20-1, 22, 44-5).

It is further ordered that, within twenty (20) days of entry of this order, Petitioner will file redacted substitute exhibits, designated as Exhibits 84A, 85A, and 91A for the open record. In Exhibit 84A, Petitioner will redact original transcript pages 9–10, 23–46, 50–53, 57–58, 60–63, 68–76, 80–82, 90–92, 94–101, 105–08, 124–31 and 146–47. In Exhibit 85A, Petitioner will redact original transcript pages 26–37, 86–88, 97–109, 118–20, 124–27 and 130–34. In Exhibit 91A, Petitioner will redact original transcript pages 74–77 and 88–89.

DATED THIS 14th day of January 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE