UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| OMAR RUEDA-DENVERS, | Case No. 3:13-cv-00309-MMD-WGC |
| Petitioner, | ORDER |
| v. | |
| RENEE BAKER, *et al.,* | |
| Respondents. | |

Following upon the stipulation filed by the parties (ECF No. 62), which reflects that Petitioner, Respondents, and counsel for Petitioner and the state in the state criminal proceedings concur in extending the retrial deadline under the final judgment herein, as corrected (ECF Nos. 55, 56). The Court thus finds good cause to grant the parties' stipulation.

It is therefore ordered that, pursuant to Rule 60(b)(6) of the Federal Rules of Civil Procedure, the parties' request to amend the judgment is granted and that the final judgment herein, as corrected (ECF Nos. 55, 56), is amended to extend the deadline for the commencement of jury selection in a retrial of Petitioner up to and including July 1, 2020, subject to reasonable request for modification by either party pursuant to Rules 59 or 60.

DATED THIS 7th day of June 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE